## 58992. STEPHENS v. CITY OF ATLANTA HOUSING APPEALS BOARD et al.

QUILLIAN, Presiding Judge.
The plaintiff appeals from an order dismissing the case for want of prosecution. *Held:*
Affirmed in accordance with Court of Appeals Rule No. 36.
*Judgment affirmed. Smith and Birdsong, JJ.,*

*concur.*

ARGUED NOVEMBER 20, 1979 — DECIDED JANUARY 18, 1980 —
REHEARING DENIED FEBRUARY 12, 1980 —

Donald H. Stephens, *pro se.*
*Ferrin Y. Mathews, Nina M. Radakovich, Irmina Rivero Owens, J. M. Harris, Jr.,* for appellees.